**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                CASE NO. 05-40043-TLH4
                                                                      CHAPTER 13
LINDA DORIS WILLIAMS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: OSI COLLECTION SERVICES, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385150 in the amount of 61.63 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 646
                              TALLAHASSEE, FL 32302
                              ldhecf@earthlink.net
                              (850) 681-2734 "Telephone"
                              (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| LINDA DORIS WILLIAMS<br>5350 KINGFISHER COURT<br>TALLAHASSEE, FL 32303 | OSI COLLECTION SERVICES, INC.<br>P.O. BOX 947<br>BROOKFIELD, WI 53008-0947 |

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
1/29/2010 11:37 am / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```